■ In the Matter of KATHERINE BARNHART et al., Petitioners, v JOHN CATALDO et al., Respondents. [781 NYS2d 738]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements, without prejudice to raising the same or similar arguments on direct appeal from a judgment of conviction. Motions seeking leave to file amicus curiae briefs granted. No opinion. Order filed. Concur—Buckley, P.J., Lerner, Friedman, Sweeny and Catterson, JJ.

■ In the Matter of ANGIE CODINA, Petitioner, v LEWIS B. STONE et al., Respondents. [782 NYS2d 49]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements, without prejudice to raising the same or similar arguments on direct appeal from a judgment of conviction, if any, under Indictment Nos. 6852/98, 1730/99 or 1730A/99. No opinion. Order filed. Concur—Buckley, P.J., Lerner, Friedman, Sweeny and Catterson, JJ.